CO-386-online
10/03

**FILED**

MAY 2 1 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Atlanticare Regional Medical Center, )
et al.                               )
                                     )
                                     )
                  Plaintiff          )     Civil /
        vs                           )
                                     )     Case: 1:08-cv-00872
MICHAEL O. LEAVITT, in his official capacity as ) Assigned To : Kessler, Gladys
SECRETARY OF THE UNITED STATES       )     Assign. Date : 5/21/2008
DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) Description: Admn. Agency Review
                                     )
                  Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __any Plaintiffs__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

415173                              James P. Holloway
BAR IDENTIFICATION NO.              Print Name

                                    1401 H Street, N.W., Suite 500
                                    Address

                                    Washington    DC        20005
                                    City          State     Zip Code

                                    202-408-8400
                                    Phone Number