UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTICARE REGIONAL MEDICAL CENTER, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL O. LEAVITT, ) Secretary, United States Department of ) Health and Human Services, ) ) Defendant. ) | Civ. Action No. 08-0872 (GK) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

 /s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372