## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ATLANTICARE REGIONAL MEDICAL )
CENTER, et al., )
)
    Plaintiffs, )
)
    v. )    Case No. 1:08-CV-872 (GK)
)
MICHAEL O. LEAVITT, in his official )
capacity as the Secretary of the United )
States Department of Health and Human )
Services, )
)
    Defendant. )
_____)

## ANSWER

### Defenses

1.    Plaintiffs have failed to state a claim upon which relief can be granted.

2.    The Court lacks subject-matter jurisdiction over this action.

### Answers to Numbered Paragraphs

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, answers the numbered paragraphs of plaintiffs' complaint as follows:

1. This paragraph contains legal conclusions and a characterization of the action to which no response is required.

2. Defendant lacks knowledge and information sufficient to form a belief as to how many "groups" of plaintiff hospitals there are, but admits that the providers listed in this paragraph are listed in the caption of the complaint as plaintiffs.

1

3.  Defendant lacks knowledge and information sufficient to form a belief as to how many "groups" of plaintiff hospitals there are, but admits that the providers listed in this paragraph are listed in the caption of the complaint as plaintiffs.

4.  The first two sentences of this paragraph contain conclusions of law to which no response is required.  As to the third sentence, defendant admits that plaintiff hospitals have received payment for covered Medicare services.

5.  Defendant admits this paragraph.

6.  Defendant admits this paragraph.

7.  The first sentence of this paragraph is a legal conclusion to which no response is required.  The second sentence is apparently a characterization of a letter at pages 599-600 of the administrative record to which no response is required.  Defendant admits that several plaintiff hospitals submitted a request for expedited judicial review that was dated January 4, 2008.

8.  The first sentence of this paragraph is a characterization of the  Provider Reimbursement Review Board's ("PRRB's") decision to which no response is required; the decision can be found at pages 1-3 of the administrative record.  The second sentence of this paragraph contains a legal conclusion to which no response is required.

9.  The first sentence contains legal conclusions to which no response is required.   As to the second sentence, defendant admits that it received a letter on January 15, 2007 from several hospitals regarding a group appeal; the letter can be found at pages 1867-68 of the administrative record.  Defendant admits that several plaintiff hospitals submitted to the PRRB a letter dated March 28, 2008 that requested expedited judicial review; this letter can be found at pages 1074-1082 of the administrative record.

10.  The first sentence is a characterization of the PRRB's decision to which no response is required; the decision can be found at pages 1066-68 of the administrative record.  The second sentence contains legal conclusions to which no response is required.

11-13.  These paragraphs contain legal conclusions to which no response is required.

14.  Defendant admits the first sentence.  The rest of the paragraph contains the characterization of a statute to which no response is required.

15.  The first three sentences of this paragraph contain the characterization of a statute to which no response is required.  As to the last sentence, defendant admits that the hospitals received payments under the inpatient prospective payment system.

16.  This paragraph contains legal conclusions and characterizations of a statute as to which no response is required.

17.  As to the first sentence, defendant admits that labor costs may differ from one area of the country to another.  The second sentence contains legal conclusions to which no response is required.  The third sentence is a characterization of a statute to which no response is required.

18.  This paragraph contains a characterization of a statute to which no response is required.

19.  The first sentence is a characterization of a statute to which no response is required. Defendant admits that he collect data on labor costs from annual cost reports submitted by hospitals.

20.  Defendant admits that he engages in yearly notice and comment rule-making to set wage indices and that the federal fiscal year begins on October 1.

3

21.   Defendant admits that because of the time it takes for all hospital wage data to be collected and reviewed, there is a lag between the collection of the data and its use in the calculation of wage indices, such that, e.g., the wage indices for fiscal year 2005 were calculated on the basis of wage data relating to fiscal year 2001.

22.   This paragraph contains legal conclusions and the characterization of a statute to which no response is required.

23.   This paragraph contains characterizations of regulations as to which no response is required.

24.   This paragraph contains the characterization of a regulation to which no response is required.

25.   This paragraph contains the characterization of a statute as to which no response is required.

26. This paragraph contains the characterization of a regulation to which no response is required.

27.   This paragraph contains legal conclusions to which no response is required.

28.   Defendant admits the first sentence.  As to the second sentence, defendant admits that if an area has a wage index greater than 1, then its labor costs are deemed higher than the national average, and if an area has a wage index less than 1, then its labor costs are deemed lower than the national average.  The third sentence is a characterization of a statute and a regulation to which no response is required.  Defendant admits the last sentence.

29.   This paragraph contains the characterization of a statute to which no response is required.

4

30. Defendant admits the first sentence. The second sentence is a characterization of a regulation to which no response is required.

31. This paragraph contains characterizations of a regulation to which no response is required.

32. This paragraph contains a characterization of a regulation to which no response is required.

33. This paragraph contains legal conclusions to which no response is required.

34. As to the first sentence, defendant lacks knowledge and information sufficient to form a belief as to whether New Jersey is the most densely populated state. The second sentence is a characterization of regulations to which no response is required. The third sentence is a legal conclusion to which no response is required. The fourth sentence is a characterization of a regulation to which no response is required.

35. This paragraph contains the characterization of a regulation and legal conclusions as to which no response is required.

36. This paragraph contains characterizations of a statute to which no response is required.

37. The first sentence of this paragraph is a characterization of a statute to which no response is required. Defendant lacks knowledge or information sufficient to form a belief as to whether reasonable cost reimbursement is "more favorable" for "many" facilities.

38. This paragraph contains legal conclusions and characterizations of a statute to which no response is required.

39.   Defendant denies the first sentence.  As to the second sentence, defendant admits that prior to fiscal year 2004, in calculating the wage index, he did not exclude wage data from hospitals on the basis that they had converted to Critical Access Hospital status after the survey year.

40.   As to the first sentence, defendant admits that beginning in fiscal year 2004, in calculating the wage index, he excluded wage data from hospitals on the basis that they had converted to Critical Access Hospital status after the survey year.  The next two sentences contain the characterization of a regulation to which no response is required.

41.   The first sentence of this paragraph is a characterization of a statute to which no response is required.  The second sentence of this paragraph is a legal conclusion to which no response is required.  The third sentence contains legal conclusions and the characterization of a regulation to which no response is required.   The fourth sentence of this paragraph contains legal conclusions to which no response is required.

42.   This paragraph contains legal conclusions to which no response is required.

43.   Defendant admits that in <u>Anna Jacques v. Leavitt</u>, 05-CV-625 (D.D.C.) (Gk), certain Massachusetts hospitals brought APA claims challenging the calculation of wage indices. Defendant admits that, in <u>Anna Jacques</u>, the Court granted the motion for summary judgment filed by the plaintiffs.  The third sentence is a characterization of a court order to which no response is required.  With one exception, the fourth sentence contains a legal conclusion to which no response is required.  The exception is the statement that the Secretary asked the Court to reconsider its ruling, which the Secretary admits.

44. This paragraph contains a characterization of a regulation to which no response is required.

45. The first sentence of this paragraph contains a characterization of a regulation to which no response is required. The second sentence contains legal conclusions and the characterization of a regulation to which no response is required. The last sentence contains legal conclusions to which no response is required.

46. The first sentence of this paragraph is a characterization of a regulation to which no response is required. The second sentence of this paragraph contains a legal conclusion and a characterization of a regulation to which no response is required. The third sentence contains legal conclusions to which no response is required.

47. The first two sentences of this paragraph are characterizations of a statue to which no response is required. The third sentence is a legal conclusion is a legal conclusion to which no response is required.

48. This paragraph contains legal conclusions to which no responses are required.

49. Defendant incorporates its responses to paragraphs 1 through 48 by reference as if stated in full here.

50. This paragraph contains the characterization of a statute to which no response is required.

51. This paragraph contains legal conclusions to which no response is required.

52. This paragraph contains legal conclusions to which no response is required.

53. This paragraph contains legal conclusions to which no response is required.

54.  Defendant incorporates its responses to paragraphs 1 through 53 by reference as if stated in full here.

55.  This paragraph contains the characterization of a statute to which no response is required.

56.  This paragraph contains legal conclusions to which no response is required.

57.  This paragraph contains legal conclusions to which no response is required.

58.  Defendant incorporates its responses to paragraphs 1 through 57 by reference as if stated in full here.

59.  This paragraph contains the characterization of a statute to which no response is required.

60.  The first and second sentences of this paragraph are characterizations of a statute to which no response is required.  The third sentence contains the characterization of a statute and a legal conclusion to which no response is required.  The fourth sentence contains legal conclusions to which response is required.

61.  Defendant incorporates its responses to paragraphs 1 through 60 by reference as if stated in full here.

62.  This paragraph is a characterization of a regulation to which no response is required.

63.  The first sentence of this paragraph is a characterization of a regulation to which no response is required.  The second sentence of this paragraph is a legal conclusion to which no response is required.  The third sentence of this paragraph is a characterization of a regulation to which no response is required.  The fourth and fifth sentences contain legal conclusions to which no response is required.  The sixth sentence is a characterization of a regulation to which no

8

response is required.  The seventh sentence contains legal conclusions to which no response is required.

The final paragraph of the complaint represents a request for relief as to which no response is required.  Except to the extent expressly admitted or qualified above, defendant denies each and every allegation in the complaint.

Dated: July 28, 2008                                    Respectfully submitted,

                                                        GREGORY G. KATSAS
                                                        Assistant Attorney General

                                                        JEFFREY A. TAYLOR
                                                        United States Attorney

                                                        SHEILA M. LIEBER,
                                                        Deputy Director,
                                                        Federal Programs Branch

                                                        s/ Justin M. Sandberg
                                                        JUSTIN M. SANDBERG
                                                        (Ill. Bar. No. 6278377)
                                                        Trial Attorney, Federal Programs Branch
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 883
                                                        Washington, D.C. 20044
                                                        (202) 514-3489 (telephone)
                                                        (202) 616-8202 (facsimile)

                                                        Counsel for Defendant