# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTICARE REGIONAL MEDICAL CENTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, in his official capacity as the Secretary of the United States Department of Health and Human Services, )<br>)<br>Defendant. ) | Case No. 1:08-CV-872 (GK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please enter the appearance of Justin M. Sandberg and remove the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned action.

Respectfully submitted,

/s/
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney

555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372