# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATLANTICARE REGIONAL MEDICAL CENTER, et al., ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL O. LEAVITT, in his official capacity as the Secretary of the United States Department of Health and Human Services, ) ) ) ) ) ) ) Defendant. ) | Case No. 1:08-CV-872 (GK) |

## NOTICE

The administrative record in this case exceeds 500 pages. In accord with Local Rule of Civil Procedure 5.4(e), defendant has placed two copies of the administrative record on CD-ROM in the outgoing mail at the Department of Justice for delivery to, and filing by, the Court Clerk's office. Defendant has also placed a copy of the record on CD-ROM in the outgoing mail for delivery to plaintiffs' counsel, to whom defendant has already mailed a paper copy of the record.

Dated: July 30, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

1

SHEILA M. LIEBER,
Deputy Director,
Federal Programs Branch

s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)

<u>Counsel for Defendant</u>